# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2006

131991

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

PAUL WESLEY LOUCKS,
      Defendant-Appellant.

SC: 131991
COA: 270907
Emmet CC: 05-002404-FC

_____/

      On order of the Court, the application for leave to appeal the July 14, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2006

Clerk

t1120